21222. PORTER, *alias* SIMS, *v.* THE STATE.

LUKE, J. The court erred in failing to instruct the jury on the definition of burglary; but since the verdict was demanded by the evidence, such error, under repeated rulings of the Supreme Court and of this court, will not require a reversal of the judgment.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 13, 1931.

*Frank T. Grizzard, H. F. Sharp,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, E. A. Stephens,* contra.